UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


CHRISTIAN SAVINON, etc.,

    Plaintiff,

vs.                           CASE NO. 8:07-CIV-552-T-17-TGW

ACROPOLIS GREEK TAVERNA,
INC., etc.,

    Defendant.
_____/

## ORDER FOR ENTRY OF DEFAULT FINAL JUDGMENT

This cause is before the Court on the plaintiff's motion for entry of a default final judgment (Docket No. 13). The defendant has failed to file a timely response to the motion. The Court has reviewed the motion and finds it well taken. Accordingly, it is

**ORDERED** that the motion for entry of a default final judgment (Docket No. 13) be **granted** and the Clerk of Court is directed to enter a judgment for the plaintiff and against the defendant in the amounts of: $1,800.00 for overtime pay and liquidated damages, $2,640.00 in attorney's fees, and $469.39 in costs, as established by the plaintiff in his motion and exhibits. The Clerk of Court is directed to close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 11th day of February,

2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties and Counsel of Record